LAQUER, URBAN, CLIFFORD & HODGE LLP
Susan Graham Lovelace, State Bar No. 160913
Denise E. Carter, State Bar No. 240774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Carter@luch.com

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.,

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, NATIONAL ELECTRICAL INDUSTRY FUND, and ADMINISTRATIVE MAINTENANCE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR CONSTRUCTION SERVICES, a California corporation,<br><br>Defendant. | CASE NO.: EDCV 08-0742 VAP (OPx)<br><br>ASSIGNED TO THE HONORABLE VIRGINIA A. PHILLIPS<br><br>**JUDGMENT** |

1

2
      This action having been commenced on June 3, 2008, and the Court having approved
3
the stipulation of the parties for entry of judgment against Defendant, and for good cause
4
shown, IT IS HEREBY ORDERED AND DECREED that:
5
      Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION
6
PLAN, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST FUND,
7
TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND
8
TRAINING TRUST, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND,
9
TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION
10
COMMITTEE FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-
11
MANAGEMENT COOPERATION COMMITTEE, NATIONAL ELECTRICAL INDUSTRY
12
FUND, and ADMINISTRATIVE MAINTENANCE FUND, shall recover from Defendant,
13
SUPERIOR CONSTRUCTION SERVICES, a California corporation, the principal amount of
14
$50,709.43, plus pre-judgment and post-judgment interest thereon at the rate of nine percent (9
15
%) per annum from August 1, 2008, until paid in full. Defendant, SUPERIOR
16
CONSTRUCTION SERVICES, a California corporation, shall pay the Plaintiffs for all
17
reasonable attorney's fees and court costs incurred in connection with the collection of the
18
judgment rendered herein.

19

20

21
DATED: _August 20, 2008

22
                                       _____
23
                                       UNITED STATES DISTRICT JUDGE

*Signed: Virginia A. Phillips*